# Kafko Schnitzer, LLP

Counselors at Law
7 Hugh J. Grant Circle
Bronx, New York 10462

NEIL R. KAFKO
HOWARD B. SCHNITZER

Tel. (718) 319-8902
Fax (718) 319-8915

January 12, 2021

*Via ECF only*
Hon. Naomi Reice Buchwald
U.S. District Court, Southern District
500 Pearl Street
New York, NY 10007-1312

Application granted.

SO ORDERED.

*[signature]*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
January 13, 2021

> **RE:    Krystal Roberts v Jeffrey Cloidt**
> **Date of Loss: 5/1/2018**
> **Docket no.: 1:19-cv-10446-NRB**

Dear Hon. Judge Buchwald:

We represent the plaintiff, Krystal Roberts, in the above referenced matter.

All discovery is complete except for the following item:

- Plaintiff's final evaluation from her treating physician, which is scheduled for today, January 12, 2021.

The parties request to extend for an additional thirty (30) days to be able to conclude Rule 26 Expert Disclosure(s).

Thank you for your time and consideration to this matter.

Respectfully submitted,
KAFKO SCHNITZER, LLP

*Howard B. Schnitzer*

Howard B. Schnitzer
HBS/vr

cc:    *Via ECF only*
       Kelly, Rode & Kelly, LLP
       *Attorneys for Defendant*
       330 Old Country Road, Suite 305, Mineola, NY 11501
       Tel (516) 739-0400
       File #: HMW/JSW 159620/740
       Attn: John S. Meade IV, Esq.
       E-mail: jsmeade@krklaw.com