UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__04/29/2021____

KRYSTAL ROBERTS,

                            Plaintiff,                    **ORDER SCHEDULING**
                                                          **SETTLEMENT CONFERENCE**
                -against-
                                                          **19-CV-10446 (NRB)**

JEFFREY CLOIDT,

                            Defendant.
-------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

     A settlement conference in this matter utilizing Microsoft Teams is scheduled for

**Thursday, June 17, 2021 at 2:00 p.m.**  Counsel for the parties will be sent an invitation by Judge

Parker's chambers prior to the scheduled conference date.  Corporate parties must send the

person with decision making authority to settle the matter to the conference.  The parties are

instructed to complete the Settlement Conference Summary Report and prepare pre-

conference submissions in accordance with the Judge Parker's Individual Rules of Practice.

Updated pre-conference submissions must be received by the Court no later than **June 10,**

**2021 by 5:00 p.m.**

     SO ORDERED.

Dated: April 29, 2021
       New York, New York

                                          _____
                                          KATHARINE H. PARKER
                                          United States Magistrate Judge