USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/25/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

KRYSTAL ROBERTS,

                                     Plaintiff,                  **ORDER SCHEDULING**

                                                       **SETTLEMENT STATUS**

             -against-                              **CONFERENCE**

JEFFREY CLOIDT,                               **19-CV-10446 (NRB)**

                                       Defendant.

------------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A telephonic Settlement Status Conference in this matter is hereby scheduled for **Wednesday, June 30, 2021 at 4:00 p.m.** Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267.**

SO ORDERED.

Dated: June 25, 2021
       New York, New York

                                                                   _____
                                                                   KATHARINE H. PARKER
                                                                   United States Magistrate Judge